## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

JESSICA PATRICIA BARAHONA-MARTINEZ

CASE NO.  6:23-CV-01212 SEC P

VERSUS

JUDGE TERRY A. DOUGHTY

ALEJANDRO N MAYORKAS ET AL

MAGISTRATE JUDGE CAROL B. WHITEHURST

## JUDGMENT OF DISMISSAL

Considering Petitioner's Notice of Voluntary Dismissal Without Prejudice [Doc. No. 25],

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner's claims are hereby

**DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 2nd day of October 2023.

_____
Terry A. Doughty
United States District Judge